USCA1 Opinion

 

 March 11, 1994 [NOT FOR PUBLICATION] UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT ____________________ No. 93-1818 CHARLES MERRILL MOUNT, Plaintiff, Appellant, v. ROBERT J. SMITH, ETC., Defendant, Appellee. ____________________ APPEAL FROM THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MASSACHUSETTS [Hon. Joseph L. Tauro, U.S. District Judge] ___________________ ____________________ Before Torruella, Boudin and Stahl, Circuit Judges. ______________ ____________________ Charles Merrill Mount on brief pro se. _____________________ A. John Pappalardo, United States Attorney, and Suzanne E. ____________________ ___________ Durrell, Assistant United States Attorney, on brief for appellee. _______ ____________________ ____________________ Per Curiam. For the reasons recited in the district __________ court's opinion dated June 17, 1993, the judgment is affirmed.